Steven L. Yarmy, Esq.
Nevada Bar No. 8733
Citizens for Consumers Rights
520 S. 6th Street
Las Vegas, Nevada 89101
(702) 586-3513
(702) 586-3690 FAX
sly@stevenyarmylaw.com
*Attorney for the Debtors*
 *and  Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| IN THE MATTER OF: | Case No.:  11-24173-BAM |
|---|---|
| JOSEFINO & ROWENA NAVARRO, | Chapter 11 |
| Debtors | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under penalty of perjury that true and correct copies of the following were placed into the US Mail *Priority First Class Postage Prepaid* at Las Vegas, Nevada on January 15, 2012, and properly addressed to the following in the attached ***MAILING MATRIX***:

**1.**  DISCLOSURE STATEMENT WITH ALL EXHIBITS AND PLAN (DOC#28);

**2.**  MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER: (i) APPROVING THE DISCLOSURE STATEMENT; (ii) APPROVING THE FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION PROCEDURES; (iii) FIXING THE VOTING DEADLINE WITH RESPECT TO THE DEBTORS CHAPTER 11 PLAN; (iv) PRESCRIBING THE FORM AND MANNER OF NOTICE THEREOF; (v) FIXING THE LAST DATE FOR FILING OBJECTIONS TO THE CHAPTER 11 PLAN; (vi) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN; AND (vii) APPOINTING STEVEN L. YARMY, ESQ OF CITIZENS FOR CONSUMER'S RIGHTS AS SOLICITATION AND TABULATION AGENT (DOC#31); and;

**3.**  NOTICE OF HEARING FOR  (1) APPROVAL OF THE DEBTORS DISCLOSURE STATEMENT (2) MOTION OF THE DEBTOR FOR THE ENTRY OF AN ORDER: (i) APPROVING THE DISCLOSURE STATEMENT; (ii) APPROVING FORM OF BALLOTS

AND PROPOSED SOLICITATION AND TABULATION PROCEDURES; (iii) FIXING THE VOTING DEADLINE WITH RESPECT TO THE DEBTOR'S CHAPTER 11 PLAN; (iv) PRESCRIBING THE FORM AND MANNER OF NOTICE THEREOF; (v) FIXING THE LAST DATE FOR FILING OBJECTIONS TO CHAPTER 11 PLAN; (vi) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN; AND (vii) APPOINTING STEVEN L. YARMY, ESQ OF CITIZENS FOR CONSUMER'S RIGHTS AS SOLICITATION AND TABULATION AGENT (DOC#32).

I HEREBY CERTIFY that on January 15, 2012, under penalty of perjury that true and correct copies of the following were delivered through the Court's CM/ECF system to:

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

And by United States Mail, First Class Priority Postage Prepaid and affixed to:
**See Mailing Matrix below.**

/s/ Chris Craig
Paralegal

**MAILING MATRIX**

| | |
|---|---|
| BAC HOME LOANS SERVICING, L.P.<br>2380 Performance Dr. Bldg<br>C Mail Stop: RGV-C-32<br>Richardson, TX 75082 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 |
| BAC Home Loans Servicing, L.P.<br>7105 Corporate Drive<br>PTX-B-35<br>Plano, TX 75024 | Bank of America, N.A. C/O<br>Wells Fargo Bank, N.A.<br>One Home Campus, MAC ID#X2302-04C<br>Des Moines, IA 50328 |
| Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | MAZUR & ASSOCCIATES<br>ATTN: MICHAEL D. MAZUR, ESQ.<br>3037 E. WARM SPRINGS RD STE 200<br>LAS VEGAS, NV 89120 |
| State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, Nevada 89711 | WELLS FARGO BANK, N.A.<br>C/O JPMORGAN CHASE BANK, N.A<br>2780 LAKE VISTA DR.<br>LEWISVILLE, TX 75067 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 |
| Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | Autumn Ridge @ Aliante Community Assn.<br>c/o Hampton & Hampton<br>8965 S. Pecos Road Ste. 9A<br>Henderson, NV 89074 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>Box 551220<br>Las Vegas, NV 89155-1220 | |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>Box 551401<br>Las Vegas, NV 89155-1401 | |
| CR EVERGREEN, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | |

/s/ Christopher Craig